MAURICE BERG ET AL., APPELLANTS AND CROSS-APPELLEES, v. MIDWEST LAUNDRY EQUIPMENT CORP., A CORPORATION, APPELLEE AND CROSS-APPELLEE, INDUSTRIAL CREDIT COMPANY, A CORPORATION, APPELLEE AND CROSS-APPELLANT.

124 N. W. 2d 699

Filed November 22, 1963. No. 35409.

See *ante* p. 423, 122 N. W. 2d 250, for original opinion.

Ginsburg, Rosenberg & Ginsburg and Norman Krivosha, for appellants.

Young, Denenberg & Mullery, for appellee Midwest Laundry Equipment Corp.

Perry & Perry and James V. Risser, for appellee Industrial Credit Co.

Heard before WHITE, C. J., CARTER, MESSMORE, YEAGER, SPENCER, BOSLAUGH, and BROWER, JJ.

BOSLAUGH, J.

The appellee, Midwest Laundry Equipment Corp., has filed a motion for rehearing in which it contends that the appellants are not entitled to recover the amounts paid to it upon the contract for the purchase of the laundry equipment even though the contract is void. This question was not raised in the briefs or argument in this court until the motion for rehearing was filed.

Upon further consideration of the matter, we are now of the opinion that the cause should be remanded to the district court with directions to determine the amount of the payments made by the appellants to the Midwest Laundry Equipment Corp. and whether the appellants

should recover this amount from the Midwest Laundry Equipment Corp. in view of our determination concerning the validity of that contract.

Our opinion in this case filed on June 14, 1963, is modified accordingly. The motion for rehearing is overruled.

ORIGINAL OPINION MODIFIED.

MOTION FOR REHEARING OVERRULED.